"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NOEL HERNANDEZ, | Case No. EDCV 09-1133-GW (RNB) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge, subject to the following corrections and amendments.

1. On page 3, footnote 1 is amended to read as follows:

    "The Court has independently reviewed the record out of an abundance of caution in light of Jones notwithstanding recent Ninth Circuit cases that have accorded the factual

summary set forth in a state appellate court decision a presumption of correctness pursuant to 28 U.S.C. § 2254(e)(1). See Slovik v. Yates, 556 F.3d 747, 749 n.1 (9th Cir. 2009); Moses v. Payne, 555 F.3d 742, 746 n.1 (9th Cir. 2009); Tilcock v. Budge, 538 F.3d 1138, 1141 (9th Cir. 2008), cert. denied, 129 S. Ct. 926 (2009); Mejia v. Garcia, 534 F.3d 1036, 1039 n.1 (9th Cir. 2008)."

2. On page 15, line 7, the word "too" is deleted.

3. On page 16, footnote 5 is amended to read as follows: "Indeed, petitioner was the only witness at trial to testify that the victim was walking toward him making threatening gestures and cursing, and that he thought the victim was pulling out a knife at the cockfight. No other witness testified to this. Lopez's testimony was that as soon as petitioner saw the victim, petitioner left the trailer with a companion (whose revolver petitioner had just seen), and walked directly toward the victim; that petitioner grabbed the gun from his friend's waistband, and then shot the unarmed victim multiple times after threatening to shoot Lopez if he interfered; and that, after shooting the victim in the chest (and causing him to fall to the ground), petitioner stood over him and fired two more bullets at him. Others at the fight told Cunanan that petitioner had shot Ilagan, and Cunanan himself heard two gunshots 8-10 seconds after the first two."

//
//

IT THEREFORE IS ORDERED that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: June 7, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE