JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR NOEL HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>JAMES A. YATES, Warden,<br><br>Respondent. | Case No. EDCV 09-1133-GW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: June 7, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE